

**Jardim, Meisner & Susser, P.C.**
ATTORNEYS AT LAW

| | |
|---|---|
| **New Jersey** | **New York** |
| 30B Vreeland Road | 420 Lexington Avenue |
| Suite 201 | Suite 300-19 |
| Florham Park, NJ 07932 | New York, NY 10170 |
| office: (973) 845-7640 | office: (646) 205-8038 |
| fax: (973) 845-7645 | |

November 30, 2017

**Via ECF**
Hon. P. Kevin Castel, U.S.D.J.
United States District Court
United States Courthouse
500 Pearl Street
New York, New York 10007

        **RE:**    **Charles J. McCarthy v. One Up Games LLC, et. al.**
                **Docket No. 1:17-cv-03924-PKC**

Dear Judge Castel:

      This firm represents the Plaintiff, Charles McCarthy, in the above referenced matter.

      On October 17, 2017, Plaintiff advised the Court that the parties had reached a settlement in principle. (Dkt. No. 13.)

      On October 18, 2017, this Court issued an Order directing the clerk to close the case without prejudice to the right to reopen the action within sixty days. (Dkt. No. 14.)

      On November 13, 2017, a copy of the parties' settlement agreement was filed with the Court. (ECF No. 15.)

      Since Defendants have breached the parties' settlement agreement by failing to remit payment in accordance with the parties' settlement agreement, Plaintiff requests that the Court reopen the case to enforce the parties' settlement agreement.

      We thank the Court for its gracious courtesies.

                                        Very truly yours,

                                        s/ Richard S. Meisner

                                        Richard S. Meisner

cc:      Daren Trousdell (via email at daren@darentrousdell.com)
           Omar Rizvi (via email at omarrizvi8@gmail.com)