Hon. P. Kevin Castel, U.S.D.J
United States District Court
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: Charles J. McCarthy v One Up Games LLC, et al.
    Docket No. 1:17-cv-03924-PKC

    **Response Letter**

Dear Judge Castel:

This letter is on behalf of the individual named defendants in the above referenced case. We are currently unrepresented by an attorney in this matter due to lack of funds to obtain one.

This issue has risen out of our employer, One Up Games LLC. This company has become non-operational as of April 2017 and all the defendants have lost considerable sums of money and we are all dealing with the fall out as employees as well. The Plaintiff's attorney, Mr. Meisner, has used knowledge of this situation to wrongfully bully only the individual named defendants into this settlement by naming them personally in this case. Moreover, two of the named defendants, Mr. Rizvi and Mrs. Willacy, are and were never appointed directors or officers of the company. They shouldn't even be named personally at all and this is a clear error by the plaintiff and their attorney.

We feel the scare tactics imposed by Mr. Meisner with EIRSA claims and multijurisdictional filings had us personally agreeing to a settlement only out of fear of what could happen, rather than facilitating a productive settlement process based in facts.

In light of that, we are asking the court to not impose judgement of settlement on the individually named defendants. The Plaintiff is free to seek judgement on the company and attempt to collect through that method. One Up Games LLC will come back to the table to negotiate a revised settlement term that is achievable and realistic for the company and its directors.

We hope the court will agree to remove the individually named defendants on this matter and allow us to work together to revise the settlement with the company without wasting any of the courts time.

Sincerely,

Daren Trousdell      Omar Rizvi

cc: Matthew A. Stoloff (via email at matt.jmslawyers.com)
Jardim, Meisner, & Susser, P.C.

**eupsstore.com** or call **1-800-PICK-UPS®** (1-800-742-5877)
a location near you.

**Shipments**
y for the Letter rate, UPS Express Envelopes may only contain
ndence, urgent documents, and/or electronic media, and must
oz. or less. UPS Express Envelopes containing items other than
ted or weighing more than 8 oz. will be billed by weight.

**nal Shipments**
Express Envelope may be used only for documents of no commercial
ertain countries consider electronic media as documents. Visit
/importexport to verify if your shipment is classified as a document.

y for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less.
ress Envelopes weighing more than 8 oz. will be billed by weight.

ress Envelopes are not recommended for shipments of electronic media
sensitive personal information or breakable items. Do not send cash



Apply shipping documents on this side.

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more
about our Print & Business Services.

Hon. P. Kevin Castel, U.S.D.J.
United States District Court
United States Courthouse
500 Pearl Street
New York, New York
10007

years
rvice.     

nd/or
hibited.

80250709  07/15  United Parcel Service

This envelope is for use with the following services:
UPS Next Day Air
UPS Worldwide Express℠
UPS 2nd Day Air®

theupsstore.com or call **1-800-PICK-UPS®** (1-800-742-5877)
a location near you.

**Shipments**
y for the Letter rate, UPS Express Envelopes may only contain
ndence, urgent documents, and/or electronic media, and must
oz. or less. UPS Express Envelopes containing items other than
ted or weighing more than 8 oz. will be billed by weight.

**nal Shipments**
Express Envelope may be used only for documents of no commercial
ertain countries consider electronic media as documents. Visit
/importexport to verify if your shipment is classified as a document.

y for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less.
ress Envelopes weighing more than 8 oz. will be billed by weight.

ress Envelopes are not recommended for shipments of electronic media
sensitive personal information or breakable items. Do not send cash

Apply shipping documents on this side.

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more about our Print & Business Services.



USMP3 SDNY

0.2 LBS
SHP WT: LTR
DATE: 31 JAN 2018

MANAGER
(972) 964-0693
THE UPS STORE #2596
STE 350
3308 PRESTON RD
PLANO TX 75093-7471

SHIP UNITED STATES DISTRICT COURT
TO: HON P KEVIN CASTEL, U.S.D.J.
500 PEARL ST

NEW YORK NY 10007-1316

NY 102 9-10

UPS NEXT DAY AIR
TRACKING #: 1Z 494 15W 01 1926 8015

BILLING: P/P

Serving you for more than 100 years
United Parcel Service.



hipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or
n on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01880250709  07/15  United Parcel Service