# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES J. MCCARTHY,<br><br>Plaintiff,<br><br>vs.<br><br>ONE UP GAMES, LLC, ONE UP SPORTS, DAREN TROUSDELL, OMAR RIZVI AND VANESSA WILLACY,<br><br>Defendants. | No. 1:17-cv-03924-PKC<br><br>**ORDER** |

This matter having come before the Court upon motion by Jardim, Meisner & Susser, P.C., attorneys for Plaintiff, Charles J. McCarthy, for an order enforcing the Settlement Agreement between the parties and entering final judgment against defendants in the amount of $13,800.00; and the Court having considered he Declaration of Richard S. Meisner and the Memorandum of Law in support of the motion and the papers, if any, submitted in opposition to this motion, and good cause appearing for granting the requested relief;

It is on this 3rd day of August 2018;

1. ORDERED that Plaintiff's motion to enforce the July 2017 Settlement Agreement with Defendants (Dkt. 15) be and hereby is GRANTED;

2. ORDERED that pursuant to the terms of the July 2017 Settlement Agreement and Fed. R. Civ. P. 58, the Clerk of the Court shall enter a final judgment in favor of

Plaintiff, Charles J. McCarthy, and against Defendants, One Up Games, LLC, One Up Sports, Daren Trousdell, and Omar Rizvi, jointly and severally, in the amount of $13,800.00.

_____
Hon. P. Kevin Castel, U.S.D.J.

*Application for attorneys' fees denied. Clerk is directed to close the case.*